Chang v Calderon-Guzman (2025 NY Slip Op 51750(U))

[*1]

Chang v Calderon-Guzman

2025 NY Slip Op 51750(U)

Decided on November 3, 2025

Civil Court Of The City Of New York, Queens County

Ibrahim, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through November 10, 2025; it will not be published in the printed Official Reports.

Decided on November 3, 2025
Civil Court of the City of New York, Queens County

Powers Chang, Petitioner,

against
Rosa Calderon-Guzman, Respondent-Tenant.

Opinion withdrawn from online only publication at the direction of the court.